UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM DUCLOS,
        Petitioner

v.                                          C.A. No. 05-10715-MEL

LUIS SPENCER,
        Respondent.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

    Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED without prejudice for the following reason(s):

**Petitioner Duclos has made an insufficient showing that he is without assets to pay the $5.00 filing fee because his Application reflects that he has $7,000.00 in cash or savings. Petitioner is Ordered to pay the $5.00 filing fee within forty-two (42) days of the date of this Order; failing which, this action will be dismissed.**

SO ORDERED.

April 13, 2005                                      /s/ Morris E. Lasker
DATE                                              MORRIS E. LASKER
                                                      SENIOR, U.S. DISTRICT JUDGE