UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM DUCLOS,<br>    Petitioner, | )<br>)<br>)<br>) |  |
| v. | ) | Civil Action No. 05-10715-MEL |
| LUIS SPENCER,<br>    Respondent. | )<br>)<br>)<br>) |  |

### ENTRY OF APPARANCE

Undersigned counsel hereby enters his appearance on behalf of Luis Spencer, Respondent in the above-titled action.

    Respectfully submitted,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    /s/ David M. Lieber
    David M. Lieber (BBO# 653841)
    Assistant Attorney General
    Criminal Bureau
    One Ashburton Place
    Boston, Massachusetts 02108
    (617) 727-2200 ext.2827

    ATTORNEYS FOR RESPONDENT

Dated: April 26, 2005