UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM DUCLOS,
    Petitioner,

v.                                              CIVIL NO. 05-10715-MEL

LUIS SPENCER,
    Respondent.

ORDER

June 1, 2005

LASKER, D.J.

    The petitioner, William Duclos, having failed to pay the $5.00 fee required by the Memorandum and Order previously filed in this case within the 42 days allowed by that Order, it is hereby ordered that the fee of $5.00 be paid by petitioner, William Duclos, on or before July 1, 2005.  In the event the payment is not made, the case will be dismissed without prejudice.

                                                Morris E. Lasker
                                                United States District Judge