UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM DUCLOS, )
    Petitioner, )
)
)
v. ) Civil Action No. 05-10715-MEL
)
)
LUIS SPENCER, )
    Respondent. )

PETITIONER'S MOTION FOR ENLARGEMENT OF TIME
PURSUANT TO FED.R.CIV.P., RULE (6)(b)

Now comes the petitioner, William Duclos, acting pro-se in the above referenced matter and hereby move this honorable court to enlarge the time in which the petitioner has to file a responsive pleading to the respondent's Motion to Dismiss, pursuant to 28 U.S.C. § 2244(d)(1).

The petitioner requests an additional 30 days in which to file his responsive pleading, that being August 29, 2005. As ground for this request, the petitioner states that the additional time will be needed to research and copy his response. Additionally, the petitioner has only limited law library access.

WHEREFORE, the petitioner prays this honorable court grant him up to and including August 29, 2005, to file his responsive pleading.

Dated:   June 13, 2005

                                                    Respectfully submitted,

                                                  William Duclos, pro-se
                                                  P.O. Box 43
                                                  Norfolk, MA   02056