UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM DUCLOS,
    Petitioner,

v.

LUIS SPENCER,
    Respondent.

05-CV-10715

CERTIFICATE OF SERVICE

I, William Duclos, hereby certify that on this day a true copy of the petitioner's Motion for Enlargement of Time and Motion for Appointment of Counsel w/attachment was served upon David M. Lieber, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston Ma., 02108, By mailing the same via pre-paid United States mail.

Dated: June 13, 2005.

Respectfully submitted,

William Duclos, pro-se
P.O. Box 43
Norfolk, MA 02056

