**UNITED STATES DISTRICT COURT**
BOSTON, MASSACHUSETTS 02210

CHAMBERS OF
JUDGE MORRIS E. LASKER

June 28, 2005

William Duclos
M. C. I. Norfolk
2 Clark Street
P.O. Box 43
Norfolk, MA 02056

       Re:  *Duclos v. Spencer*
            05-CR-10715-MEL

Dear Mr. Duclos,

      I am writing in regards to your June 13, 2005, Motion for Appointment of Counsel. In order to qualify for appointment of counsel, a party must lack the financial resources to obtain his own attorney. Your April 2005 Application to Proceed *in forma pauperis* indicated that you have $7,000 in a bank account. Therefore, please send a written sworn statement explaining why these funds will be unavailable or insufficient for you to obtain counsel independently.

                                 Sincerely,

                                 Michelle Limaj
                                 Summer Law Clerk to U.S.D.J. Lasker

cc: David M. Lieber
Assistant Attorney General