Sworn Statement of
William Duclos
for Appointment of Counsel

To answer your request to the reason these funds will not be available is because of the following. I have not placed the money into the account. In fact I do not have the bank book. My family does and has been placing about $100 a month in the account, from what they tell me for some time now. They have told me that I cannot have the money until my possible release from prison to get started. For transportation to and from work, clothes, ect. I have only the word of my family as to the amount of money. They have told me I can have the money either upon my release by parole or by the courts. But not before.

Next about 3 years ago I did talk to a lawyer at Old Colony Correctional Center and He ( Bernard Grossberg ) told me that it would be about $20,000 just for a retainer.

To note I do have about $300 in my prison account and get paid by a prison job $40 a month. I am more than willing to give this in order to recieve a Lawyer. I am aware this is not even a fraction of what a Lawyer would cost but this is the only money I have access to.

Signed under the pains and penalties of perjury,

*William Duclos* 7-11-05
William Duclos