```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

WILLIAM DUCLOS,           )
    PETITIONER,           )
                      )
                      )
    v.                   )   Civil Action No. 05-10715-MEL
                      )
                      )
LUIS SPENCER,             )
    RESPONDENT.           )

                MOTION TO STAY PROCEEDINGS

    Now comes the petitioner William Duclos, acting pro se, in the above entitled matter and respectfull move that this Honorable court stay the proceeding in the instant matter.

    As grounds for this request the petitioner states that on August 1, 2005, Judge Morris E. Lasker entered an order allowing the petitoner's motion to appoint counsel Accordingly counsel will need time to review the instant petition and file a responsive pleading to the respondent's motion to dismiss.

    Wherefore, the petitioner moves that this action be stayed until such time as his counsel has been appointed and has had sufficient time to review this matter and file the necessary documents, ect.

                                        Respectfully submitted,

                                        */s/ William Duclos* 8-22-05
                                        William Duclos
                                        P.O. Box 43
                                        Norfolk, MA   02056

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the petitioner's motion to stay proceedings was served upon counsel David M. Lieber, Assistant Attorney General, at his usual place of business, One Ashburton Place, Boston Ma. 02108, by mailing the same to him via U.S. Postage.

Dated: August 22, 2005

By: *[signature]*