UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:05-cv-10715-MEL

| | | |
|---|---|---|
| WILLIAM DUCLOS, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Motion for Extension of Time |
| | ) | |
| LUIS SPENCER, | ) | |
| Respondent | ) | |

     John Amabile, counsel for Petitioner William Duclos, requests that the Court extend the time for responding to Respondent's Motion to Dismiss an additional 60 days. As grounds therefore, counsel states that he needs the additional time to complete his investigation and prepare a response. Respondent's counsel, Assistant Attorney General David Lieber, assents to the extension of time.

Respectfully submitted,

John A. Amabile
Attorney for William Duclos
AMABILE & BURKLY, P.C.
480 Washington Street
Dorchester MA  02124
617-436-6300
BBO # 016940