UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:05-cv-10715-MEL

| | | |
|---|---|---|
| WILLIAM DUCLOS, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | certificate of service |
| | ) | |
| LUIS SPENCER, | ) | |
| Respondent | ) | |

John Amabile, counsel for Petitioner William Duclos, certifies that I have served a copy of the Motion for Extension of Time on Assistant Attorney General David Lieber by mailing him a copy, regular mail, to 1 Ashburton Place, Boston MA 02108, on October 28, 2005.

Respectfully submitted,

John A. Amabile
Attorney for William Duclos
AMABILE & BURKLY, P.C.
480 Washington Street
Dorchester MA 02124
617-436-6300
BBO # 016940

1