UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-CV-10715-MEL

| | |
|---|---|
| WILLIAM DUCLOS,<br>      PETITIONER, ) <br> ) <br> V. ) <br> ) <br> LUIS SPENCER, ) <br>       RESPONDENT, ) | ASSENTED TO<br>MOTION FOR EXTENSION<br>OF TIME |

    The petitioner's counsel requests that the Court extend the time for responding to respondent's Motion to Dismiss for an additional thirty days from today, through February 10, 2006. As grounds therefore, counsel states that he has not completed his response. Respondent, through Assistant Attorney General Cathryn Neaves, assents to the extension of time.

Respectfully submitted,

_____
John A. Amabile
Amabile & Burkly, P.C.
Attorney for the Petitioner
13 Falmouth Heights Road
Falmouth MA  02540
(508) 540-0362
BBO # 016940

Dated: January 10, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-CV-10715-MEL

| | | |
|---|---|---|
| WILLIAM DUCLOS, PETITIONER, | ) ) ) | |
| V. | ) ) | CERTIFICATE OF SERVICE |
| LUIS SPENCER, RESPONDENT, | ) ) ) | |

The petitioner's counsel certifies that he has served a copy of the assented to Motion for Extension of Time on Assistant Attorney General Cathryn Neaves by mailing her a copy at 1 Ashburton Place, Boston MA 02108 on January 10, 2006.

Respectfully submitted,

John A. Amabile
Amabile & Burkly, P.C.
Attorney for the Petitioner
13 Falmouth Heights Road
Falmouth MA 02540
(508) 540-0362
BBO # 016940

Dated: January 10, 2006

# AMABILE & BURKLY, P.C.
ATTORNEYS AT LAW
13 FALMOUTH HEIGHTS ROAD
FALMOUTH MA 02540
(508) 540-0362
Fax (508) 540-0363
Email: john.amabile@amabileburkly.com

*380 Pleasant Street, Brockton MA 02301*
*(508) 559-6966*
*480 Washington Street, Dorchester MA 02124*
*(617) 436-6300*
*51 Union Street #101, Worcester MA 01608*
*(508) 459 7788*

January 10, 2006

Office of the Clerk
Attention Clerk to Judge Lasker
United States District Court
1 Courthouse Way
Boston MA 02210

RE:   William Duclos v. Luis Spencer, docket no. 1:05-cv-10715-MEL

Dear Sir or Madame:

Enclosed for filing is an Assented to Motion for Extension of Time and certificate of service relative to the above-entitled matter.

Thank you.

Very truly yours,

John A. Amabile

JAA/
Enc.
CC:   Assistant Attorney General Cathryn Neaves