UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-CV-10715-MEL

| | | |
|---|---|---|
| WILLIAM DUCLOS, | ) | |
| PETITIONER, | ) | |
| | ) | |
| V. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| LUIS SPENCER, | ) | |
| RESPONDENT, | ) | |

The petitioner's counsel certifies that he has served a copy of the assented to Motion for Extension of Time on Assistant Attorney General Cathryn Neaves by mailing her a copy at 1 Ashburton Place, Boston MA 02108 on January 10, 2006.

Respectfully submitted,

John A. Amabile
Amabile & Burkly, P.C.
Attorney for the Petitioner
13 Falmouth Heights Road
Falmouth MA 02540
(508) 540-0362
BBO # 016940

Dated: January 10, 2006