UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:05-CV-10715-MEL

WILLIAM DUCLOS,                )
     PETITIONER,           )
                               )
V.                             )           CERTIFICATE OF SERVICE
                               )
LUIS SPENCER,                  )
     RESPONDENT,           )

    The petitioner's counsel certifies that he has served a copy of PETITIONER'S MEMORANDUM IN OPPOSITION TO RESPONDENT'S MOTION TO DISMISS on Assistant Attorney General Cathryn Neaves by mailing her a copy at 1 Ashburton Place, Boston MA 02108 on February 9, 2006.

                                              Respectfully submitted,

                                              John A. Amabile
                                              Amabile & Burkly, P.C.
                                              Attorney for the Petitioner
                                              13 Falmouth Heights Road
                                              Falmouth MA 02540
                                              (508) 540-0362
                                              BBO # 016940

Dated: February 9, 2006